Filing # 49768376 E-Filed 12/07/2016 07:33:39 PM

**IN THE COUNTY COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
SMALL CLAIMS DIVISION**

**CARMEN FERGUSON,**

*Plaintiff,*

v.

**COMMONWEALTH FINANCIAL SYSTEMS, INC. and PENDRICK CAPITAL PARTNERS, LLC,**

*Defendants.*

Case No: ________________

Section: ________________

**JURY TRIAL DEMANDED**

## COMPLAINT

**COMES NOW** the Plaintiff, CARMEN FERGUSON, ("**Ms. Ferguson**"), by and through her attorneys, Seraph Legal, P.A., and complains of the Defendants, COMMONWEALTH FINANCIAL SYSTEMS, INC. ("**Commonwealth**"), and PENDRICK CAPITAL PARTNERS, LLC ("**Pendrick**") and states as follows:

## PRELIMINARY STATEMENT

1. This is an action brought by Ms. Ferguson against Commonwealth and Pendrick for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et. seq.* ("**FDCPA**") the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et. seq.* ("**FCRA**").

## JURISDICTION AND VENUE

2. Jurisdiction arises under the FDCPA, 15 U.S.C. § 1692k(d), FCRA, 15 U.S.C. §1681p, and Section 34.01, Florida Statutes.



EXHIBIT A

3. Commonwealth and Pendrick are subject to the provisions of the FDCPA and FCRA and are subject to the jurisdiction of this Court pursuant to Section 48.193, Florida Statutes.

4. Venue is proper in Polk County, Florida because the acts complained of were committed and / or caused by the Defendants therein.

**PARTIES**

5. Ms. Ferguson is a natural person residing in Polk County, Florida and is a "consumer" as defined by 15 U.S.C. §§ 1681a(c) and 1692a(3). She was previously known as Carmen Smith.

6. Commonwealth is a Pennsylvania corporation with a primary business address of **245 Main Street, Dickson City, PA 18519**.

7. Commonwealth is registered with the Florida Secretary of State as a Foreign Corporation, and its Florida registered agent is **C T Corporation System, 1200 South Pine Island Road, Plantation, FL 33324**.

8. Commonwealth is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) in that it regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

9. Commonwealth is licensed as a *consumer collection agency* (**"CCA"**) by the Florida Office of Financial Regulation and holds license number **CCA0900908. SEE PLAINTIFF'S EXHIBIT A.**

10. Pendrick is a Delaware limited liability company with a primary business address of **1714 Hollinwood Drive, Alexandria, VA 22307**.

11. Pendrick is registered as a foreign limited liability company in the State of Florida, and its Florida registered agent is also **C T Corporation System, 1200 South Pine Island Road, Plantation, Florida 33324**.

12. Pendrick is also a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) in that it regularly collects or attempts to collect, directly or indirectly, debts owed or due, or asserted to be owed or due, another.

13. Pendrick is licensed as a CCA by the Florida Office of Financial Regulation and holds license number **CCA9902797**. **SEE PLAINTIFF'S EXHIBIT B.**

## FACTUAL ALLEGATIONS

14. Around April 2012, Ms. Ferguson allegedly received emergency medical treatment at Osprey Emergency Physicians ("**Osprey**") in Polk County, Florida.

15. At some point after Ms. Ferguson's visit, Osprey alleged that all or a portion of the bill had not been paid (the "**debt**"), and as a result Ms. Ferguson owed $1,335.

16. Thereafter, Osprey sold, transferred or otherwise assigned the debt to Pendrick.

17. On information and belief, Pendrick hired Commonwealth to collect the debt on Pendrick's behalf on or around November 12, 2014.

18. Ms. Ferguson disputed owing the debt so that Commonwealth became aware that Ms. Ferguson disputed the debt.

19. On or about May 16, 2015, Commonwealth reported the debt to Trans Union LLC, a consumer credit reporting agency ("**CRA**"), noting that it was a disputed debt. **SEE PLAINTIFF'S EXHIBIT C.**

20. However, in September 2016, Commonwealth re-reported the debt to Equifax, another CRA, and Trans Union, under account number **D83590750N1**. **SEE PLAINTIFF'S**

**EXHIBIT D and E.** In its new reports, however, Commonwealth did not report the debt as *disputed*, despite knowing that it was.

21. On or around September 15, 2016, Ms. Ferguson disputed Commonwealth's tradeline to Equifax and Trans Union.

22. Equifax and Trans Union, in turn, each sent Commonwealth an Automated Consumer Dispute Verification ("**ACDV**") request and asked it to investigate Ms. Ferguson's dispute and make reasonable reinvestigations pursuant to the FCRA

23. On or about September 23, 2016, Commonwealth responded to the Equifax ACDV and stated that its report was accurate. It neither updated nor modified its report to indicate that Ms. Ferguson disputed the information.

24. On or about September 27, 2016, Commonwealth responded to the Trans Union ACDV and stated that its report was accurate. It neither updated nor modified its report to indicate that Ms. Ferguson disputed the information.

25. On or about September 27, 2016, Commonwealth re-reported the debt to Trans Union. It did not disclose in its reporting the debt was disputed. **SEE PLANTIFF'S EXHIBIT F.**

26. Most credit scores disregard collection accounts reported as disputed from their scoring computations, thereby increasing a consumer's score. By failing to report disputed debts as disputed, Commonwealth caused Ms. Ferguson's credit scores to be lower.

27. By reporting a debt to a CRA, Commonwealth was attempting to collect the debt.

28. Each of Commonwealth's reports to Equifax and Trans Union concerning the debt was a "communication" as defined by 15 U.S.C. § 1692a(2).

29. On information and belief, at all times relevant to this matter, Commonwealth was acting as Pendrick's agent, on Pendrick's behalf, and under Pendrick's direction.

30. As principal, Pendrick is liable for the acts of its agent.

31. As the acting party, Commonwealth is also liable for its acts.

32. Ms. Ferguson has hired the aforementioned law firm to represent her in this matter and is obligated to pay its reasonable fees.

**COUNT I**
**DEFENDANTS' VIOLATIONS OF THE FDCPA- 15 U.S.C. § 1692, *et. seq.***

33. Ms. Ferguson adopts and incorporates paragraphs 1 – 32 as if fully restated herein.

34. The Defendants violated **15 U.S.C. § 1692e(8)** when Commonwealth, acting as Pendrick's agent, communicated information regarding a debt known to be disputed without disclosing that the debt was disputed, in multiple reports to both Equifax and Trans Union.

35. The Defendants violated **15 U.S.C. § 1692e(2)(a)** when Commonwealth, acting as Pendrick's agent, made a false representation about the character, amount, or legal status of a debt by reporting a disputed debt as undisputed, multiple times, to both Equifax and Trans Union.

36. The Defendants violated **15 U.S.C. § 1692e(10)** when Commonwealth, acting as Pendrick's agent, used a false representation in an attempt to collect a debt by reporting a disputed debt as undisputed, multiple times, to both Equifax and Trans Union.

37. The Defendants violated **15 U.S.C. § 1692f** when Commonwealth, acting as Pendrick's agent, used unfair means to collect a debt by reporting a disputed debt as undisputed, multiple times, to both Equifax and Trans Union, thereby causing unfair damage to Ms. Ferguson's credit scores.

38. The Defendants' conduct renders them jointly and severally liable for the above-stated violations of the FDCPA, and Ms. Ferguson is therefore entitled to statutory damages not to exceed $1,000.00 as well as other relief.

**WHEREFORE,** Ms. Ferguson respectfully requests this Honorable Court enter judgment against Commonwealth and Pendrick, jointly and severally, and for her as follows:

a. Statutory damages of **$1,000.00**, pursuant to 15 U.S.C. § 1692k(a)(2)(A);

b. Actual damages, pursuant to 15 U.S.C. § 1692k(a)(1);

c. Reasonable costs and attorneys' fees pursuant to 15 U.S.C. § 1692k(a)(3); and,

d. Such other relief that this Court deems just and proper.

## COUNT II
## VIOLATIONS OF THE FCRA – 15 U.S.C. § 1681, *et. seq.*

39. Ms. Ferguson adopts and incorporates paragraphs 1 – 32 as if fully restated herein.

40. Commonwealth violated 15 U.S.C. § **1681s-2(b)** when it failed to make a reasonable reinvestigation into disputed information after receipt of notice of dispute from a CRA, Equifax, and from another CRA, Trans Union, since any reasonable reinvestigation would have concluded that the reported information had previously been reported as "disputed," and thus the current reporting showing it as undisputed, standing alone, was no longer complete or accurate unless amended to reflect that the information was disputed by Ms. Ferguson.

41. Commonwealth violated 15 U.S.C. § **1681s-2(b)** when it failed update, modify, or delete its report after receiving notice of dispute from each CRA.

42. Upon information and belief, Commonwealth routinely fails to report disputed debts as disputed.



EXHIBIT A

43. Commonwealth's violations were willful and intentional, or exhibited a reckless disregard for the rights of a consumer.

44. Commonwealth is liable for the above-stated violations of the FCRA, and Ms. Ferguson is entitled to an award of statutory damages not to exceed $1,000 for each violation.

**WHEREFORE,** Ms. Ferguson respectfully requests this Honorable Court enter judgment against Commonwealth and for her as follows:

a. The greater of statutory damages of **$1,000** for each violation of the FCRA shown to have been committed by Commonwealth at different times or her actual damages, pursuant to 15 U.S.C. § 1681n(a)(1)(A) or 15 U.S.C. § 1681o(a)(1);

b. Reasonable costs and attorneys' fees pursuant to pursuant to 15 U.S.C. §1681n(a)(3); and,

c. Such other relief that this Court deems just and proper.

## JURY TRIAL DEMANDED

Ms. Ferguson hereby demands a trial by jury on all issues so triable.

Respectfully submitted this _____ day of _______________ 2016, by:

*_/s/ Philip R. Goldberg_*
Philip R. Goldberg
Florida Bar # 105940

Seraph Legal, P.A.
2002 E. 5th Avenue, Suite 104
Tampa, FL 33605
(813) 567-1230
PGoldberg@SeraphLegal.com
Attorney for Plaintiff



EXHIBIT A

EXHIBITS

| | |
|---|---|
| A | Commonwealth Consumer Collection Agency License Record |
| B | Pendrick Consumer Collection Agency License Record |
| C | Trans Union Report 06/04/2015 – Excerpt |
| D | Equifax Report 09/16/2016 – Excerpt (D83590750N1) |
| E | Trans Union Report 09/16/2016 – Excerpt (D83590750N1) |
| F | Trans Union Report 09/28/2016 – Excerpt (Undisputed) |



EXHIBIT A

# EXHIBIT A
## Commonwealth's Consumer Collection Agency License Record



FLORIDA OFFICE of FINANCIAL REGULATION




Home About OFR Apply for a License Verify a License File a Complaint News Research Resources

### License Search Results Detail

| | |
|---|---|
| License Name: | COMMONWEALTH FINANCIAL SYSTEMS INC |
| DBA Name: | NCC |
| License Type: | Consumer Collection Agency |
| Status: | Approved |
| Status Effective Date: | 12/22/2016 |
| Original Date of License: | 4/7/2004 |
| License Number: | CCA0900908 |
| License Expiration Date: | 12/31/2016 |
| License Main Address: | |
| Street: | 246 MAIN STREET |
| City: | DICKSON CITY |
| State: | PA |
| Zip Code: | 18518 |
| License Mailing Address: | |
| Street: | 245 MAIN STREET |
| City: | DICKSON CITY |
| State: | PA |
| Zip Code: | 18519 |
| Phone Number: | |

# EXHIBIT B

## Pendrick's Consumer Collection Agency License Record

12/2/2016 Florida Office of Financial Regulation

FLORIDA OFFICE of FINANCIAL REGULATION




Home About OFR Apply for a License Verify a License File a Complaint News Research Resources

### License Search Results Detail

| | |
|---|---|
| License Name: | PENDRICK CAPITAL PARTNERS, LLC |
| DBA Name: | |
| License Type: | Consumer Collection Agency |
| Status: | Approved |
| Status Effective Date: | 10/26/2016 |
| Original Date of License: | 7/26/2012 |
| License Number: | CCA9902797 |
| License Expiration Date: | 12/31/2017 |
| License Main Address: | |
| Street: | 1714 HOLLINWOOD DRIVE |
| City: | ALEXANDRIA |
| State: | VA |
| Zip Code: | 22307 |
| License Mailing Address: | |
| Street: | 3850 N. CAUSEWAY BLVD. SUITE 200 |
| City: | METAIRIE |
| State: | LA |
| Zip Code: | 70002 |
| Phone Number: | |



EXHIBIT A

# EXHIBIT C
# TRANS UNION REPORT EXCERPT - JUNE 4, 2015

6/4/2015 TransUnion Online Investigation Service: Credit Report and Request Details

CARMEN L SMITH

TransUnion ONLINE DISPUTE SERVICE

HELP

## Credit Report and Request Details

Printable Disclosure or Report

Please review your credit report carefully. If you would like to request an investigation or change of information for any item, click the Investigate or Update button next to that item. You can edit a request by clicking the Update button at any time.

After you have completed all requests for this file, click the Continue button to review the summary of your requests. You may click the ? button in a section to learn more on how to compose a request for the items in that section.

**Once on the Investigation Summary page, you will have the opportunity to upload documents to support your account investigation requests. Be sure to gather all necessary supporting documents, if applicable, before proceeding. The total size of all attachments may not exceed 5 megabytes. Acceptable file formats are .jpeg, .tif and .pdf, and we cannot accept compressed or password-protected files.**

**NOTE: Clicking the Continue button saves your requests but does not submit them. To make sure your requests are sent to TransUnion, complete all your requests, then go to the Investigation Summary page, upload your documents, if applicable, and click Submit.**

### Credit File Details

| | | | | | |
|---|---|---|---|---|---|
| CURRENT FILE | FILE NUMBER | 353478797 | NAME | CARMEN L. SMITH | |
| | REPORT DATE | 06/04/2015 | ADDRESS | 2154 MONTICELLO AVE<br>LAKELAND, FL 33801-6040 | |

**CREDIT FILE SECTIONS**

1. Personal Information
2. Telephone Numbers Reported
3. Addresses Reported
4. Employment Data Reported
5. Adverse Accounts
6. Satisfactory Accounts
7. Account Review Inquiries
8. Consumer Statement
9. Credit Report Messages
10. End of Report

You may see that TransUnion has enriched your credit report with additional personal and financial information not previously retained in our production database. This data can enable you and your creditors to see a more complete picture of how you have managed your credit over time.

### Personal Information

>> Details

SSN: XXX-XX-3735

Your SSN has been masked for your protection.

Names Reported:
CARMEN L. SMITH, LATANIA SMITH and CARMEN L. FERGUSON

Request updates

You have been on our files since 12/01/1989
Date of Birth: 12/11/1970

### Addresses Reported

| Address | Date Reported |
|---|---|
| 2154 MONTICELLO AVE, LAKELAND, FL 33801-6040 | 11/01/2000 |
| PO BOX 598, LAKELAND, FL 33802-0598 | 08/01/1999 |

Request updates

### Adverse Accounts

**COMMONWEALTH FINANCE #D610903*******

245 MAIN ST
SCRANTON, PA 18519
(855) 273-8511

| | | | | | |
|---|---|---|---|---|---|
| Placed for Collection: | 11/12/2014 | Balance: | $1,335 | Pay Status: | >In Collection< |
| Responsibility: | Individual Account | Date Updated: | 05/16/2015 | | |
| Account Type: | Open Account | Original Amount: | $1,335 | | |
| Loan Type: | COLLECTION AGENCY/ATTORNEY | Original Creditor: | MEDICAL-OSPREY EMERGENCY PHYSICIANS | | |
| | | Past Due: | >$1,335< | | |

Remarks: ACCT INFO DISPUTED BY CONSUMR; >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 03/2019

# EXHIBIT D

# Equifax Report 09/16/2016 – Excerpt (D83590750N1)

## Equifax Credit File™ for: Carmen L. Smith

**As of Date: 09/16/2016**

Personal Information | Accounts | **Negative Information** | Inquiries

Accounts | Collections | Public Records

**Collections** Show All Dispute Options

A collection is an account that has been turned over to a collection agency by one of your creditors because they believe the account has not been paid as agreed.

### COMMONWEALTH FINANCIAL SYSTEMS

Dispute Item

| | |
|---|---|
| Agency Address: | 245 Main St<br>Dickson City, PA 18519-1641<br>(609) 771-6200 |
| Date Reported: | 09/2016 |
| Date Assigned: | 08/2016 |
| Creditor Classification: | Medical/Health Care |
| Creditor Name: | OSPREY EMERGENCY PHYSICIANS |
| Account Number: | D835907XXXX |
| Account Owner: | Individual Account |
| Original Amount Owned: | $1,335 |
| Date of 1 st Delinquency: | 04/2012 |
| Balance Date: | 09/2016 |
| Balance Owned: | $1,335 |
| Last Payment Date: | |
| Status Date: | 09/2016 |
| Status: | D - Unpaid |
| Comments: | Medical |

# EXHIBIT E

# Trans Union Report 09/16/2016 – Excerpt (D83590750N1)

9/16/2016 TransUnion Online Investigation Service: Credit Report and Request Details

CARMEN L FERGUSON

TransUnion ONLINE DISPUTE SERVICE

HELP

## Credit Report and Request Details

Printable Disclosure or Report

Please review your credit report carefully. If you would like to request an investigation or change of information for any item, click the **Investigate** or **Update** button next to that item. You can edit a request by clicking the **Update** button at any time.

If you are filing a repeat dispute, you will be asked to acknowledge that you have previously disputed the item with TransUnion and be prompted to add additional information you feel is relevant to your dispute. It is also important to upload supportive documents.

After you have completed all requests for this file, click the **Continue** button to review the summary of your requests. You may click the ❓ button in a section to learn more on how to compose a request for the items in that section.

**Once on the Investigation Summary page, you will have the opportunity to upload documents to support your account investigation requests. Be sure to gather all necessary supporting documents, if applicable, before proceeding. The total size of all attachments may not exceed 5 megabytes. Acceptable file formats are .jpeg, .tif and .pdf, and we cannot accept compressed or password-protected files.**

NOTE: **Clicking the Continue button saves your requests but does not submit them. To make sure your requests are sent to TransUnion, complete all your requests, then go to the Investigation Summary page, upload your documents, if applicable, and click Submit.**

### Credit File Details

| | | | | | |
|---|---|---|---|---|---|
| CURRENT FILE | FILE NUMBER | 353478797 | NAME | CARMEN L. FERGUSON |
| | REPORT DATE | 09/16/2016 | ADDRESS | 2154 MONTICELLO AVE<br>LAKELAND, FL 33801-6040 |

CREDIT FILE SECTIONS


1. Personal Information
2. Telephone Numbers Reported
3. Addresses Reported
4. Employment Data Reported
5. Adverse Accounts
6. Satisfactory Accounts
7. Regular Inquiries
8. Account Review Inquiries
9. Consumer Statement
10. Credit Report Messages
11. Additional Information
12. Inquiry Analysis
13. End of Report


You may see that TransUnion has enriched your credit report with additional personal and financial information not previously retained in our production database. This data can enable you and your creditors to see a more complete picture of how you have managed your credit over time.

### Personal Information

>> Details

SSN: XXX-XX-3735

Your SSN has been masked for your protection.

You have been on our files since 12/01/1989
Date of Birth: 12/11/1970

Names Reported:
CARMEN L. FERGUSON, CARMRN L. FERGUSON, CARMEN L. SMITH and CARMEN LATANIA SMITH

Request updates

### Addresses Reported

| Address | Date Reported |
|---|---|
| 2154 MONTICELLO AVE, LAKELAND, FL 33801-6040 | 11/01/2000 |
| PO BOX 598, LAKELAND, FL 33802-0598 | 09/01/1999 |

Request updates

### Adverse Accounts

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For any account that contains medical information, the information following 'Medical-' is not displayed to anyone but you except where permitted by law. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as 'Current; Paid or paying as agreed' if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

**COMMONWEALTH FINANCE #D835907******

145 MAIN ST
SCRANTON, PA 18510
(855) 273-8511

| | | | | | |
|---|---|---|---|---|---|
| Placed for Collection: | 08/04/2016 | Balance: | $1,335 | Pay Status: | >In Collection< |
| Responsibility: | Individual Account | Date Updated: | 09/06/2016 | | |
| Account Type: | Open Account | Original Amount: | $1,335 | | |
| Loan Type: | COLLECTION AGENCY/ATTORNEY | Original Creditor: | MEDICAL-OSPREY EMERGENCY PHYSICIANS (Medical/Health Care) | | |
| | | Past Due: | >$1,335< | | |

Remarks: >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 03/1019



EXHIBIT A

# EXHIBIT F

## Trans Union Report 09/28/2016 – Excerpt (Undisputed)

9/29/2016 TransUnion Online Investigation Service: Updated Credit File

CARMEN L. FERGUSON

TransUnion. ONLINE DISPUTE SERVICE

HELP

## Updated Credit File

Resolution Summary

Credit report Summary of Rights Fraud Prevention

Please review the details of the resolution to your request for investigation or change of information.

To view your revised credit report based on the resolution, click the Credit Report tab. If you purchased your TransUnion Personal Credit Score originally, the credit score may be updated depending on the resolution. To see the updated score, click the Credit Score tab (it will not be available if you did not purchase your TransUnion Personal Credit Score originally). To learn your consumer rights, click the Summary of Rights tab. To learn how to protect yourself against credit fraud, click the Fraud Prevention tab.

**NOTE: Your credit report has been revised based on your investigation request. If you are not satisfied with the resolution and/or the changes, please print and complete a Request for Investigation form and return it by mail together with any supporting documentation. You may also add a consumer statement of 100 words or less to your credit report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.**

**Credit File Details** Printable Credit Report Details

| | | | | |
|---|---|---|---|---|
| CURRENT FILE | FILE NUMBER | 353478797 | NAME | CARMEN L. FERGUSON |
| | REPORT DATE | 09/28/2016 | ADDRESS | 2154 MONTICELLO AVE<br>LAKELAND, FL 33801-6040 |

CREDIT FILE SECTIONS

1. Personal Information
2. Telephone Numbers Reported
3. Addresses Reported
4. Employment Data Reported
5. Adverse Accounts
6. Satisfactory Accounts
7. Regular Inquiries
8. Account Review Inquiries
9. End of Report

You may see that TransUnion has enriched your credit report with additional personal and financial information not previously retained in our production database. This data can enable you and your creditors to see a more complete picture of how you have managed your credit over time.

### Personal Information

**SSN:** XXX-XX-3733

Your SSN has been masked for your protection.

You have been on our files since 12/01/1989
**Date of Birth:** 12/11/1970

**Names Reported:**
CARMEN L. FERGUSON, CARMRN L. FERGUSON, CARMEN L. SMITH and CARMEN LATANIA SMITH

### Addresses Reported

| Address | Date Reported |
|---|---|
| 2154 MONTICELLO AVE, LAKELAND, FL 33801-6040 | 11/01/2000 |
| PO BOX 598, LAKELAND, FL 33802-0598 | 09/01/1999 |

### Adverse Accounts

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For any account that contains medical information, the information following 'Medical-' is not displayed to anyone but you except where permitted by law. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

**COMMONWEALTH FINANCE #0835907******

245 MAIN ST
SCRANTON, PA 18519
(855) 273-8511

| | | | | | |
|---|---|---|---|---|---|
| **Placed for Collection:** | 08/04/2016 | **Balance:** | $1,335 | **Pay Status:** | >In Collection< |
| **Responsibility:** | Individual Account | **Date Updated:** | 09/27/2016 | | |
| **Account Type:** | Open Account | **Original Amount:** | $1,335 | | |
| **Loan Type:** | COLLECTION AGENCY/ATTORNEY | **Original Creditor:** | MEDICAL-OSPREY EMERGENCY PHYSICIANS (Medical/Health Care) | | |
| | | **Past Due:** | >$1,335< | | |

**Remarks:** >PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:** 03/2019



EXHIBIT A